IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


**ERIC JAY ELLISON,**

        Plaintiff,

        v.                      No. 09-1326-SU
                                    JUDGMENT

**FRANK S. THOMPSON,**

        Defendant.

        Based upon the record, this case is dismissed with prejudice.


        Dated this 7th day of December, 2011.


                                         /s/ Michael H. Simon
                                        Michael H. Simon
                                   United States District Judge